IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10CV13-RJC-DCK

| | |
|---|---|
| WILLIS OF NEW YORK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MEMBER INSURANCE AGENCY, INC., ) | |
| and ) | |
| AMERICAN LUMBER UNDERWRITERS, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**FOR GOOD CAUSE SHOWN**, and on Defendants Member Insurance Agency, Inc. and American Lumber Underwriters, Inc.'s "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) and payment of the $250.00 admission fee on behalf of the Applicant, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Rodney Joseph Janis be admitted to practice *pro hac vice* before this Court in order to represent Defendants Member Insurance Agency, Inc. and American Lumber Underwriters, Inc. in the above-captioned matter.

Signed: February 16, 2010

David C. Keesler
United States Magistrate Judge