**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:10CV13-RJC-DCK**

| | | |
|---|---|---|
| **WILLIS OF NEW YORK, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MEMBER INSURANCE AGENCY, INC.,** | ) | |
| **and** | ) | |
| **AMERICAN LUMBER UNDERWRITERS,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

   **FOR GOOD CAUSE SHOWN**, and on Defendants Member Insurance Agency, Inc. and

American Lumber Underwriters, Inc.'s "Application For Admission To Practice *Pro Hac Vice*"

(Document No. 11) and payment of the $250.00 admission fee on behalf of the Applicant, **IT IS**

**HEREBY ORDERED, ADJUDGED AND DECREED** that Michael William Switzer be admitted

to practice *pro hac vice* before this Court in order to represent Defendants Member Insurance

Agency, Inc. and American Lumber Underwriters, Inc. in the above-captioned matter.

       Signed: February 16, 2010

       David C. Keesler
       United States Magistrate Judge