IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10CV13-RJC-DCK

| | |
|---|---|
| WILLIS OF NEW YORK, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MEMBER INSURANCE AGENCY, INC., ) <br> and ) <br> AMERICAN LUMBER UNDERWRITERS, ) <br> INC., ) <br> ) <br> Defendants. ) <br> _____ ) | **ORDER** |

**FOR GOOD CAUSE SHOWN**, and on Defendants Member Insurance Agency, Inc. and American Lumber Underwriters, Inc.'s "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) and payment of the $250.00 admission fee on behalf of the Applicant, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Michael William Switzer be admitted to practice *pro hac vice* before this Court in order to represent Defendants Member Insurance Agency, Inc. and American Lumber Underwriters, Inc. in the above-captioned matter.

Signed: February 16, 2010

David C. Keesler
United States Magistrate Judge