IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-13-RJC-DCK

| | |
|---|---|
| **WILLIS OF NEW YORK, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **MEMBER INSURANCE AGENCY, INC.,** ) | |
| and ) | |
| **AMERICAN LUMBER UNDERWRITERS,** ) | |
| **INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* to order additional briefing on a pending motion. In this matter, the Court is currently considering the "Defendants' Motion To Dismiss Count II Of Plaintiff's Complaint For Failure to State A Claim Upon Which Relief Can Be Granted" (Document No. 17). On May 25, 2010, after both a response and a reply had been filed to the aforementioned motion, Defendants filed a "Notice Of Additional Authority In Support Of Motion To Dismiss Second Claim For Relief" (Document No. 21). Having carefully considered this matter, the Court concludes that it is interested in the Plaintiff's response to the Defendants' notice of additional authority.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file a response to the "Notice Of Additional Authority In Support Of Motion To Dismiss Second Claim For Relief" (Document No. 21) on or before **August 17, 2010** .

Signed: August 3, 2010

David C. Keesler
United States Magistrate Judge