**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:10-CV-013-RJC-DCK**

| | | |
|---|---|---|
| **WILLIS OF NEW YORK, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MEMBER INSURANCE AGENCY, INC.** | ) | |
| **and AMERICAN LUMBER** | ) | |
| **UNDERWRITERS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes.  This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate attention to scheduling issues is appropriate.

Following resolution of the recently pending "Defendants' Motion To Dismiss Count II..." (Document No. 17), the undersigned finds the parties, pursuant to Local Rule 16.1, should conduct an Initial Attorney's Conference and file a Certification of Initial Attorney's Conference as soon as practicable.

**IT IS, THEREFORE, ORDERED** that the parties to this lawsuit shall file a Certification of Initial Attorney's Conference on or before **January 14, 2011**.

Signed: December 30, 2010

David C. Keesler
United States Magistrate Judge