# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:10-CV-013-RJC-DCK

| | |
|---|---|
| WILLIS OF NEW YORK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MEMBER INSURANCE AGENCY, INC. ) | |
| and AMERICAN LUMBER ) | |
| UNDERWRITERS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Proceedings" (Document No. 27) filed January 14, 2011. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Proceedings" (Document No. 27) is **GRANTED,** and that this matter is **STAYED**.

**IT IS FURTHER ORDERED** that the parties shall: (1) engage in good faith efforts to resolve this dispute; (2) jointly submit reports to this Court every three (3) months regarding the status of the related action before the North Carolina Court of Appeals, and the parties' efforts to resolve this action; and (3) appear for a status conference on **Thursday July 7, 2011**, if the related action has not been resolved.

**SO ORDERED**.

Signed: January 14, 2011

David C. Keesler
United States Magistrate Judge